UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**JAMES MICHAEL WALL**
    Movant-Defendant

v.                                                                                        No. 1:02CR-6-R

**UNITED STATES OF AMERICA**
    Respondent-Plaintiff

**ORDER AND JUDGMENT**

This matter is before the court upon the movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and the movant's motion to reconsider, etc. (Docket Entry Nos. 80 and 88). The magistrate judge has recommended that the motions be denied. No objections to the magistrate judge's report have been filed. The court has determined that the magistrate judge's report should be adopted in full.

It is therefore ORDERED as follows:

1. The movant's motion to vacate, set aside, or correct sentence and motion to reconsider, etc. (Docket Entry Nos. 80 and 88) are DENIED.

2. The movant is DENIED a certificate of appealability pursuant to 28 U.S.C. § 2253(c) as to each of his issues in light of the analysis of each issue contained in the magistrate judge's report.

3. The movant is DENIED leave to appeal to the Court of Appeals <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915(a) because such appeal would be frivolous and not be taken in good faith.

4. The movant shall direct any further request for a certificate of appealability or for appeal <u>in forma pauperis</u> to a judge of the United States Court of Appeals for the Sixth Circuit pursuant to the requirements of Fed.R.App.P. 22(b) and 24, respectively.

5. This is a final and appealable order, and there is no just cause for delay.